October 25, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TAMIKA NASHAE DAVIS AND ELIZABETH ANN DAVIS, Appellants

NO. 14-11-00806-CV                    V.

PROSPERITY BANK, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Prosperity Bank, signed, August 29, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Tamika Nashae Davis and Elizabeth Ann Davis, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.